# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 JAN 12 PM 12:53

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_Carmine Gulli_____, Plaintiff

v.

_Lindsi Johnson_____,

_Ross Johnson_____,

_Danielle Demkowicz_____,

_Lon Kopit_____, Defendant(s).

**Jury Trial requested:**
(please check one)
X Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Carmine Gulli  2002 Quartz St  Castle Rock, CO  80109
(Name and complete mailing address)

(630) 347-1479   Carminegulli@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Lindsi Johnson
(Name and complete mailing address)

lindsijohnson@gmail.com
(Telephone number and e-mail address if known)

Defendant 2: Ross Johnson  6681 Sandalwood La  Naples, FL  34103
(Name and complete mailing address)

(815) 471-4333
(Telephone number and e-mail address if known)

Defendant 3: Danielle Demkowicz  7555 E. Hampden Ave Ste 345  Denver, CO  80231
(Name and complete mailing address)

303-481-8259   danielle@ds attorney.com
(Telephone number and e-mail address if known)

Defendant 4: Lon Kopit  7940 University Blvd Ste 210  Centennial, CO  80122
(Name and complete mailing address)

303-770-1700   DrLonKopit@aol.com
(Telephone number and e-mail address if known)

2

## C.  JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*Colorado Rule 26, Colorado Rule of civil Procedure 34, Colorado Rule 16.2, 42 U.S.C. § 13031*

✓  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Colorado_.

If Defendant 1 is an individual, Defendant 1 is a citizen of _Tennessee_.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _Tennessee_ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

Defendant 2 is a citizen in the state of Florida

Defendat 3 is a citizen in the state of Colorado

Defendat 4 is a citizen in the state of Colorado

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Lindsi Johnson & her counsel Danielle Denkowicz are refusing to provide service addresses of Ross Johnson & Henrique Leavitt

Supporting facts:

In defiance of Rule 26 and Colorado Civil Procedure 34, Lindsi Johnson & her attorney Danielle Denkowicz have refused to provide service addresses to subpoena Ross Johnson (father) and Henrique Leavitt (boyfriend). To further complicate matters Lindsi Johnson implicates Henrique Leavitt as "saving money for her" (Exhibit "A"). Judge Andrew Baum ordered Lindsi Johnson to produce all accounts where anyone is "saving money for her" on 03/30/22. (CF 03/30/22).

4

CLAIM TWO: Ross Johnson has made wire transfers to his daughter Lindsi Johnson on several occasions since our separation. I have been denied access to these records until recently. I am not able to properly serve Ross Johnson as he is often at his girlfriend Holly Chernoff's residence. I have recently been able to get some of Ross Johnsons bank records, but this court has been denied some in the past. Ross Johnson has wired over 100,000 to his daughter Lindsi Johnson since the beginning of our divorce. He has also made deposits to 2 trusts from the one account of received records from in excess of 150,000 each. (Exhibit "B") Furthermore Douglas Family Court = attorney Denkowicz filed Shirley Johnsons will and trust under seal on 11/23/21. (CF 11/23/21) I myself have received deposits

from this trust and would be happy to produce them for the court.

CLAIM Three:

Dr. Lon Kopit was assigned to be our court appointed CFI on 01/13/21. (CF 01/13/21) Since being appointed Dr Kopit has violated 42 U.S.C. § 13031. He has learned of Lindsi Johnson showing up altered on 2 seperate occassions during supervised visits. Furthermore the defendants sister in law, mother, ~~also~~ spoke to Dr Kopit about said ~~reports~~ abuse and it made it into his CFI Reports. Upon failing to report said abuse during his first interview Dr. Kopit created a CPS report upon Plantiffs request. Dr Kopit then promptly interferred with police investigations and expressed contrary "opinions" to Castle Rock Police Departmt.

E.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I would like a deposition in District Court Case 2020DR30618. Judge Lowenbach is currently the Judge assigned to this case. I would like restitution in the amount of $100,000 from Danielle Denhowicz, $100,000 from Dr. Kopit, and damages of 100,000 from Ross Johnson for hiding income during our divorce. Lindsi Johnson should serve maximum jail time for hiding money from the court: Seeking welfare in two states.

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

01/12/23
_____
(Date)

(Revised February 2022)

5