IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 23-cv-00098-RMR

CARMINE GULLI,

    Plaintiff,

v.

LINDSI JOHNSON,
ROSS JOHNSON,
DANIELLE DEMKOWICZ, and
LON KOPIT

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by Judge Regina M. Rodriguez on March 8, 2023 [ECF No. 7], it is

ORDERED that Plaintiff's Complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1). It is

FURTHER ORDERED that Plaintiff's Complaint ECF NO. 1, is DISMISSED WITHOUT LEAVE TO AMEND.

Dated at Denver, Colorado this 8th day of March, 2023.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By:   s/K. Myhaver
                                    K. Myhaver
                                    Deputy Clerk